IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, | : | No. 14-cv-01924 |
| INC., et al., | : | |
|     Defendants. | : | |

ORDER

AND NOW, this 30th day of April 2014, upon consideration of Defendants' Motion for Extension of Time to Respond to Complaint (Doc. No. 9), it is hereby ORDERED that the motion is GRANTED.  It is further ORDERED that, on or before June 16, 2014, Defendants shall answer or otherwise respond to Plaintiffs' Complaint (Doc. No. 1) and Plaintiffs' Motion to Certify Class (Doc. No. 3).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.