UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, THOMAS URBANKEK and JARED PELA | : : : | |
| v. | : : | Civil Action No. 2:14-cv-01924-LDD |
| ADVANCED MINING TECHNOLOGY, INC., JOSHUA ZIPKIN and JIM BROWN | : : | |

DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, <u>Advanced Mining Technology, Inc.</u> in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

| | |
|---|---|
| **May 8, 2014** | /s/ *Primitivo J. Cruz* |
| Date | Signature  Primitivo J. Cruz |

Counsel for: **Defendants**

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)    Who Must File; Contents.  A nongovernmental corporate party must file two copies of a disclosure statement that:

        (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
        (2)    states that there is no such corporation.

    (b)    Time To File; Supplemental Filing.  A party must:

        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement if any required information changes.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG LENELL,<br>THOMAS URBANEK, and<br>JARED PELA<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ADVANCED MINING TECHNOLOGY, INC.,<br>JOSHUA ZIPKIN, and<br>JIM BROWN<br>　　　　　Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>: 2:14-cv-01924-LDD<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

　　　　I, Primitivo J. Cruz, Esquire, hereby certify that I have served a copy of the foregoing Disclosure Statement via electronic filing and/or first class mail on this 8th day of May, 2014.

Kimberly Donaldson Smith, Esquire
Benjamin F. Johns, Esquire
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041

**WHITE AND WILLIAMS LLP**

　_s/Primitivo J. Cruz_____
Michael N. Onufrak
Primitivo J. Cruz
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
215.864.7174/6865
Attorney for Defendants

13639656v.1