# EXHIBIT A

Advanced Mining TechnologiesBitcoin Mining Hardware (https://advancedminers.com/bitcoin-mining-hardware/)June 16th, 2014
Language

(http://facebook.com/bitcoinmininghardware)
Store (bitcoin-mining-hardware/)
Login/My Account (/my-account)

**AMT**

(https://advancedminers.com/)

- CoinMiners (https://advancedminers.com/bitcoin-mining-hardware/)
- Asic Chips (https://advancedminers.com/product-category/asic-chips/)
- News (https://advancedminers.com/bitcoin-mining-news/)
- Support (https://advancedminers.com/client-support/)
- Contact (https://advancedminers.com/contact/)

To search type and hit er

1-855-866-MINE (6463)
Sales@AdvancedMiners.com

# Terms And Conditions

The following is a terms of sale consumer agreement Applies to all direct purchases by internet, phone or on location.

By taking the action of selecting the "I have read and accept the terms and conditions" box you physically agree that you have read in full the following Terms of Sale ("Agreement") and will comply with this agreement in full, on all counts. These Consumer Terms of Sale apply to direct purchases made from AMT by phone, the internet or electronic mail. These Terms are also applicable to Businesses or any other legal entity.

These Terms of Sale ("Agreement") apply to your purchase of products and/or services ("Product") sold by AMT, including its affiliates or subsidiaries to consumers and/or businesses for their own use. By placing your order and/or purchasing your order for Product, you accept and are bound to the terms of this Agreement. Please do not order if you do not agree to be bound by this Agreement.

• Other Documents. This Agreement may NOT be altered, supplemented or amended by the use of any other document(s) unless otherwise agreed to in a written agreement signed by both you and AMT. If you do not receive an invoice or acknowledgement in the mail, via email, or with your Product, information about your purchase may be obtained by contacting sales.

• Payment Terms; Orders; Quotes; Interest. Terms of payment are within AMT's sole discretion and unless otherwise agreed to by AMT, full payment (either direct from you to AMT or via a third party) must be received by AMT prior to AMT's acceptance of an order. Payment for the products will be made by credit card, Paypal, or some other prearranged payment method unless credit terms have been agreed to by AMT. AMT is not responsible for pricing, typographical or other errors in any offer by AMT and reserves the right to cancel any orders arising from such errors.

• Shipping Charges; Taxes; Title; Risk of Loss. Shipping, handling and tax are additional unless otherwise expressly indicated at the time of sale. Products are delivered to you Ex Works in accordance with INCOTERMS 2010. This means title to products passes from AMT to you upon shipment. Loss or damage that occurs during shipping by a carrier is your responsibility. You must notify AMT within 21 days of the date of shipment if you believe any part of your purchase is missing, wrong or damaged. Unless you provide AMT with a valid and correct tax exemption certificate applicable to your purchase of Product and the Product ship to location, you are responsible for sales and other taxes associated with the order. Shipping and delivery dates are estimates only.

• Warranties. AMT MAKES NO OTHER WARRANTIES FOR AMT-BRANDED PRODUCT, AND MAKES NO WARRANTIES WHATSOEVER FOR SERVICE, SOFTWARE, MAINTENANCE OR SUPPORT OR FOR NON-AMT BRANDED PRODUCT. AMT MAKES NO EXPRESS WARRANTIES EXCEPT THOSE STATED IN AMT'S APPLICABLE AMT-BRANDED WARRANTY IN EFFECT ON THE DATE OF THE INVOICE, PACKING SLIP OR OTHER ACKNOWLEDGEMENT. AMT-BRANDED WARRANTIES AND SERVICES ARE EFFECTIVE ON PAYMENT IN FULL, AND AMT IS NOT OBLIGATED TO HONOR ANY WARRANTY OR PROVIDE SERVICE UNTIL AMT RECEIVES PAYMENT IN FULL. AMT warrants that its Product(s) will, at the time of shipment and for a period of ninety days thereafter, be free from defects in components and workmanship. AMT's warranty is only valid if the Product(s) has not been tampered with by the consumer. If the Product(s) casing, components, processing chip, PCB board, Heat sink, power supply, and any/all other physically elements of the product has been opened, altered, tampered with in any manner, the AMT warranty governing the Product(s) will be effectively null and void. Precautions have been put in place by AMT in AMT Product(s) to ensure verification of said happenings. Buyer must advise AMT in writing of any claims within the warranty period, obtain AMT's return authorization, and return the Product(s) to a facility or location directed by AMT. If the Product(s) are not as warranted, AMT shall, at AMT's option, either refund the purchase price of the Product. In no event, however, shall AMT be responsible for any non-conformance or other defects in the Product(s) resulting from improper handling during or after shipment, misuse, neglect, improper installation or operation, repair, alteration, accident or for any other cause not attributable to defective workmanship or failure to meet specifications on the part of AMT. This warranty shall not be expanded, and no obligation or liability will arise, due to technical advice or assistance, computerized data, facilities or services AMT may provide in connection with Buyer's purchase. AMT provides no

warranty for AMT Product(s) purchased through unauthorized sales channels. AMT warrants replacement Product(s) for the remaining term of the warranty on the originally delivered Product.
• Software. In the absence of a separate software agreement between Buyer and AMT, the following terms and conditions apply to AMT's licensed or Open Source programs:
• Licensed programs include computer software and firmware in all forms. Title to the licensed programs delivered by AMT to Buyer hereunder remains vested in AMT or AMT's licensor and cannot be assigned or transferred without AMT's written authorization. Buyer agrees to respect and not to remove any copyright, trademark, confidentiality or other proprietary notice, mark or legend appearing on the software, and not to reverse engineer, disassemble, decompile, or modify any licensed programs.
• For standalone licensed programs provided in connection with the purchase of Product(s) from AMT, AMT grants to Buyer an individual, personal, non-transferable, non-exclusive license, without the right to sublicense, to use the standalone licensed programs for its own internal use in a single computer system to evaluate, demonstrate, test and/or configure Product(s) for AMT authorized applications or to design Product(s) for manufacture by AMT only. Buyer shall faithfully reproduce all of AMT's copyright notices and other proprietary legends. Buyer agrees not to disclose, in any form, the standalone licensed programs or any portion thereof to any person other than employees of Buyer without the express written permission of AMT.
• For licensed or Open Source programs embedded in Product(s), AMT grants Buyer a non-transferable, non-exclusive license to use such embedded licensed programs in the AMT authorized operation of Product(s) on which such programs are embedded and subject to the terms and conditions herein. Buyer may transfer its license to use the embedded licensed programs to a third party only in conjunction with Buyer's sale of any AMT Product(s) or Buyer product on which the AMT Product(s) with embedded licensed program is installed. Buyer's transfer of the embedded licensed program as authorized herein must be under terms consistent with and no less stringent than the terms set forth in this document. Except as specifically permitted in this document, embedded licensed programs may not be sublicensed, transferred or loaned to any other party without AMT's prior express written consent.
• EXCEPT AS EXPRESSLY PROVIDED HEREIN, THE SOFTWARE IS PROVIDED "AS IS." AMT EXPRESSLY DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE SOFTWARE, WHETHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, WARRANTIES OF NONINFRINGMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND ANY WARRANTY OF CONTINUED OR UNINTERRUPTED OPERATION OF THE SOFTWARE LICENSED HEREUNDER.
• Changed or Discontinued Product. AMT's policy is one of ongoing update and revision. AMT may revise and discontinue Product at any time without notice to you and this may affect information saved in your online "cart." AMT will ship Product that has the functionality and performance of the Product ordered, but changes between what is shipped and what is described in a specification sheet or catalog are possible.
• Export Conditions. If, at the time or times of AMT's performance hereunder, an export license is required for AMT to lawfully export Product(s) or technical data, then the issuance of the appropriate license to AMT or its subcontractor shall constitute a condition precedent to AMT's obligations hereunder. You agree to comply with all applicable export laws, regulations and orders, including, but not limited to, all such laws, regulations and orders of the United States of America. Specifically, but without limitation, you agree that you will not resell, re-export or ship, directly or indirectly, any Product(s) or technical data in any form without obtaining appropriate export or re-export licenses. You acknowledge that the applicable export laws, regulations and orders may differ from item to item and/or time to time.
• Resale Prohibited. Unless expressly authorized in writing by AMT, you shall not resell Product(s). If you breach the terms of this paragraph, in addition to AMT's cancellation rights, you agree to fully indemnify AMT, its officers, employees and distributors from any and all resulting liability, including attorneys' fees and costs.
• Excusable Delay. AMT shall not be liable for any delay or failure to perform due to any cause beyond its control or the control of its suppliers or subcontractors such as, for example, strikes, acts of God, acts of Buyer, Acts of Financial Payment Processing institutions, including freezing/holding of accounts, consumer payments, and interruption of transportation or inability to obtain the necessary labor, materials or facilities. Delivery schedules shall be considered extended by a period of time which AMT deems necessary due to the event circumstances or cause of delay. In the event AMT is unable wholly or partially to perform because of any such cause it may cancel its acceptance of Buyer's order without liability to Buyer.
• Limitation of Liability. IN NO EVENT SHALL AMT'S AGGREGATE LIABILITY FOR ANY BREACH, WARRANTY, INDEMNITY OR OTHER OBLIGATION OR LIABILITY ARISING OUT OF OR IN CONNECTION WITH THE SALE OF PRODUCT(S) OR SERVICES HEREUNDER OR THE USE OF ANY AMT PRODUCT PROVIDED HEREUNDER, EXCEED THE PURCHASE PRICE OF THE PARTICULAR PRODUCT(S) OR SERVICES WITH RESPECT TO WHICH LOSSES OR DAMAGES ARE CLAIMED.??IN NO EVENT SHALL AMT BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL?DAMAGES OF ANY NATURE WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE AND LOSS OF GOODWILL), REGARDLESS OF WHETHER AMT HAS BEEN GIVEN NOTICE OF ANY SUCH ALLEGED DAMAGES, AND REGARDLESS OF WHETHER SUCH ALLEGED DAMAGES ARE SOUGHT UNDER CONTRACT, TORT OR OTHER THEORIES OF LAW.
Transfers. AMT is required to notify all consumers in the event AMT transfers its rights, liabilities, and obligations to another organization, or and/or legal entity after the time which said transfer has taken place. You agree AMT does not require your permission to conduct transfers of AMT rights, liabilities and obligations, or sale of any other legal entity governing AMT and it's business practices. You understand that any transfers will not affect your rights under these Terms, but will be transferred to the organization, or and/or legal entity and it will be it's responsibility to fulfill these terms.
• Governing Law. The terms of this document shall be interpreted, construed and governed in all respects in accordance with the laws of the state of Pennsylvania, U.S.A., excluding its conflict of laws provisions. The UN Convention on Contracts for the International Sale of Goods (Vienna, 1980) shall not apply to any purchases made hereunder.
• Consumer Refund. AMT will only provide financial refunds if AMT is at fault for noncompliance with these terms and conditions, and any/all future terms and conditions AMT publishes and/or makes notice of.
• Dispute Resolution. AMT and Buyer will attempt to settle all claims (other than claims relating to intellectual property issues) through negotiation or non-binding mediation prior to commencement of court proceedings.
• Other Miscellaneous Terms.
Waiver. Failure by AMT to exercise or enforce any rights hereunder shall not be deemed to be a waiver of any such right nor operate so as to bar the exercise or enforcement thereof at any time or times thereafter.
Notices. Any notice hereunder shall be deemed to have been duly given if sent by pre-paid first class post to the party concerned at its last known

address.
Amendments. No modifications to this document shall be binding unless expressly agreed to in writing by AMT.
Severability. If any provision of this document is held invalid, all other provisions shall remain valid.
No Assignment. Neither party may assign its rights and obligations hereunder without the prior written consent of the other, though AMT is permitted to subcontract all or part of its obligations hereunder as it deems necessary. Any unauthorized assignment shall be null and void.
Disclaimer for Critical Applications. Product(s) sold under these terms and conditions are not designed, intended or authorized for use as a critical component in life support or safety devices or systems, or any FDA Class 3 medical devices or medical devices with a similar or equivalent classification in a foreign jurisdiction, or any devices intended for implantation in the human body. Sale for such use is subject to AMT's advance written authorization for product use and a separate indemnification agreement signed by Buyer. Buyer agrees to indemnify, defend and hold harmless AMT, its directors, officers, employees, representatives, agents, subsidiaries, affiliates, distributors, and assigns, against any and all liabilities, losses, costs, damages, judgments, and expenses, arising out of any claim, demand, investigation, lawsuit, regulatory action or cause of action arising out of or associated with any unauthorized use, even if such claim alleges that AMT was negligent regarding the design or manufacture of the Product(s).
Entire Agreement. This document constitutes the entire This Agreement is the supersedes all other communications.

## About AMT



Advanced Mining Technology Inc (AMT) develops SHA-256 coin mining technology for personal and business level mining devices. As a technology manufacturer... Read More (/bitcoin-miner-manufacturer/)

## Payment Methods

### CC payments are only for our smaller miners

PayPal   VISA   AMERICAN EXPRESS

8   MasterCard

Obitcoin

## Subscribe Here!

Get Updates On AMT Sales, News, Promos

Your Name

Your Email

I want updates!

## Contact Us

Phone: 1855-866-6463
Fax: 1855-866-6462

E-Mail: sales@AdvancedMiners.com (mailto:sales@AdvancedMiners.com)
Web: www.AdvancedMiners.com (http://www.AdvancedMiners.com)

355 Lancaster, Bldg. E1, Haverford PA 19041

Copyright © 2013 Advanced Mining Technology (http://advancedminers.com ) Inc All rights reserved.

(http://facebook.com/bitcoinmininghardware)