# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG LENELL, THOMAS URBANEK, JARED PELA, TIMOTHY CHRISTIAN, JOHN LEWIS, CARLOS PEREZ, and PHILLIP WILTSHIRE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MINING TECHNOLOGY, INC. (a/k/a ADVANCED MINING TECHNOLOGIES, INC.); JOSHUA ZIPKIN; and JIM BROWN,<br><br>Defendants. | No. 2:14-cv-01924-LDD<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

## DECLARATION OF BENJAMIN F. JOHNS PURSUANT TO CALIFORNIA CIVIL CODE SECTION § 1780(d)

I, Benjamin F. Johns, declare as follows:

1. I am a partner at Chimicles & Tikellis LLP, and counsel for Plaintiffs in this action. I make this declaration based upon my personal knowledge and could and would testify thereto if called as a witness.

2. I submit this affidavit in support of the Amended Class Action Complaint, which is based in part on violations of the California Consumer Legal Remedies Act, California Civil Code § 1750 *et seq*.

3. Pursuant to CAL. CIV. CODE 1780(d), Plaintiffs state that they filed the lawsuit in this Court because it encompasses the county in which one or more Defendants reside, is where

H0037260.

AMT has its principal place of business, and is where a substantial portion of the relevant transactions occurred.

 I declare, under penalty of perjury, that the foregoing is true and correct.

 Executed on June 30, 2014, in Haverford, Pennsylvania.

Dated: June 30, 2014           Respectfully submitted,

              By: */s/ Benjamin F. Johns*

                Kimberly Donaldson Smith
                Benjamin F. Johns
                CHIMICLES & TIKELLIS LLP
                One Haverford Centre
                361 West Lancaster Avenue
                Haverford, PA 19041
                Telephone: (610) 642-8500
                Facsimile: (610) 649-3633
                E-mail: KMD@chimicles.com
                BFJ@chimicles.com

                *Proposed Lead Attorneys for Plaintiffs and the Class*

H0037260.