IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG LENELL, et al.                    :          CIVIL ACTION
          Plaintiffs,                   :
                                        :
          v.                            :
                                        :
ADVANCED MINING TECHNOLOGY,             :          No. 14-cv-01924
INC., et al.,                           :
          Defendants.                   :

<u>ORDER</u>

AND NOW, this 18th day of July 2014, it is hereby ORDERED that Defendants' Motion

for Leave to File an Oversized Motion to Dismiss the Plaintiffs' First Amended Complaint (Doc.

No. 18) is GRANTED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis J.