IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG LENELL, THOMAS URBANEK, JARED PELA, TIMOTHY CHRISTIAN, JOHN LEWIS, CARLOS PEREZ, and PHILLIP WILTSHIRE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED MINING TECHNOLOGY, INC. (a/k/a ADVANCED MINING TECHNOLOGIES, INC.); JOSHUA ZIPKIN; and JIM BROWN,<br><br>Defendants. | No. 2:14-cv-01924-LDD<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Plaintiffs respectfully request that the Court enter the proposed order submitted herewith extending the deadline for them to file a response to Defendants' motion to dismiss, which was filed on July 17, 2014. *See* Docket Entry No. 19. Pursuant to Local Rule 7.1(c), Plaintiffs' response to that motion is currently due on July 31, 2014. Plaintiffs respectfully request that this deadline be extended by 14 days (*i.e.,* until August 14, 2014).

Plaintiffs' counsel has conferred with counsel for Defendants, who have advised that they do not oppose this request.

Dated:  July 24, 2014                    Respectfully submitted,

                                              By:    */s/ Kimberly Donaldson Smith*
                                                        Kimberly Donaldson Smith
                                                        Benjamin F. Johns
                                                        CHIMICLES & TIKELLIS LLP
                                                        One Haverford Centre
                                                        361 West Lancaster Avenue
                                                        Haverford, PA 19041
                                                        Telephone: (610) 642-8500
                                                        Facsimile: (610) 649-3633
                                                        E-mail:  KMD@chimicles.com
                                                        BFJ@chimicles.com

                                                        ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I, Kimberly Donaldson Smith, certify that on this 24th day of July 2014, I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT,** and accompanying proposed order, to be filed using the Court's CM/ECF record, thereby serving these materials upon all counsel of record in this case.

By:  */s/ Kimberly Donaldson Smith*
     Kimberly Donaldson Smith

H0037831.3