# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, THOMAS URBANEK, JARED PELA, TIMOTHY CHRISTIAN, JOHN LEWIS, CARLOS PEREZ, and PHILLIP WILTSHIRE on behalf of themselves and all others similarly situated, | : : : : : : | No. 2:14-cv-01924-LDD<br><br>CLASS ACTION |
| Plaintiffs, | : : | |
| vs. | : : : | |
| ADVANCED MINING TECHNOLOGY, INC. (a/k/a ADVANCED MINING TECHNOLOGIES, INC.); JOSHUA ZIPKIN; and JIM BROWN, | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**WHEREAS,** upon consideration of Plaintiffs' request for an extension of time to respond to Defendants' Motion to Dismiss, and there being no opposition to this request by Defendants, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs' response to Defendants' Motion to Dismiss the First Amended Complaint is due on or before August 14, 2014.

IT IS SO ORDERED on this _____ day of July, 2014.

_____
HONORABLE LEGROME D. DAVIS
UNITED STATES DISTRICT JUDGE

H0037832.