IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, | : | No. 14-cv-01924 |
| INC., et al., | : | |
|     Defendants. | : | |

ORDER

AND NOW, this 24th day of July 2014, upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. No. 21), it is hereby ORDERED that the motion is GRANTED and that Plaintiffs shall file their response on or before August 14, 2014.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.