

Advanced Mining Technologies inc.
Advancedminers.com
Tel: 1855-866-6463

---

02/05/2015

The Honorable Legrome D. Davis
6614 United States Courthouse
601 Market Street
Philadelphia, PA 19106



Dear Judge Davis:

    I write in response to the opposition filed by Plaintiffs to White and Williams' motion to withdraw as counsel. Neither myself or AMT oppose this motion as the company is presently insolvent and cannot afford the current, outstanding legal fees owed to White and Williams or the legal fees that we would incur from their continuing representation. Towards the end of last year, I informed Michael Onufrak of the company's financial situation and its inability to pay such legal fees going forward. At that time, our attorneys informed me that they would ensure that an Answer would be filed, and attempted to assist me in finding new counsel for AMT and myself, but that they would have to seek withdraw under circumstances. I understood the reasons for such action, and while AMT and I desired to pay the legal fees that are still owed, the company has stopped taking new orders since April of last year (when the class action was filed) and has no plans to continue business in the future. Neither the company or myself would have the resources to pay future legal expenses expected to be incurred by retaining White and Williams going forward.

    I have begun the process of retaining new counsel, to represent myself, if not the company, and White and Williams informed me that they requested a 30-day period to allow me retain new counsel to assist in this matter, as well as new counsel to aid with the filings necessary for insolvency. I informed White and Williams that should I not be able to retain new counsel for myself, I am available by phone and email to communicate with Plaintiffs counsel in my own defense. Presently, I am residing in Bulgaria maintaining a small service for IT outsourcing, and I split my time between Europe and the United States as I have for the past 6 years. However, I provided White and Williams my phone number, email and address in Bulgaria, and I have instructed them to provide this information to Plaintiffs. counsel should the Court grant the motion. Due to the above, I do not oppose White and Williams' withdraw as counsel for defendants.

    Thank you for your consideration of this matter.

    Respectfully submitted:.

Joshua Zipkin

*/signature/*