IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, INC., et al., | : | No. 14-cv-01924 |
|     Defendants. | : | |

## ORDER

AND NOW, this 11th day of February 2015, upon consideration of White and Williams LLP's Motion for Leave to Withdraw as Counsel for Defendants (Doc. No. 33), Plaintiff's Response in opposition thereto (Doc. No. 34), White and Williams LLP's Reply (Doc. No. 37), and Defendant Joshua Zipkin's letter to the Court indicating that neither he, nor Advanced Mining Technology opposes counsel's motion (Doc. No. 38), it is hereby ORDERED as follows:

1. White and Williams's Motion for Leave to Withdraw as Counsel is GRANTED.

2. White and Williams is directed to transmit this Order to Defendants and to file current contact information for Defendants with the Court.

3. Defendants are directed to secure new counsel, who shall enter their appearance in this case on or before Friday, March 13, 2015.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.