IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG LENELL,<br>THOMAS URBANEK, and<br>JARED PELA<br><br>      Plaintiff,<br><br>  v.<br><br>ADVANCED MINING TECHNOLOGY, INC.,<br>JOSHUA ZIPKIN, and<br>JIM BROWN<br><br>      Defendants. | CIVIL ACTION<br><br>2:14-cv-01924-LDD |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Pursuant to the Court's Order of February 12, 2015 [ECF No. 39], please take notice that the address on the docket for defendants Advanced Mining Technologies, Inc. and Joshua Zipkin should be changed to reflect as follows:

> Lyuben Karavelov No:82, 1st Flr.
> Sofia, Bulgaria, 1404
> Phone: +359 87 7550727
> Email: joshua.zipkin@gmail.com

            WHITE AND WILLIAMS LLP

      BY: __s/Primitivo J. Cruz_____
          Michael N. Onufrak
          Primitivo J. Cruz
          1650 Market Street | One Liberty Place,
          Suite 1800 |
          Philadelphia, PA  19103-7395
          Phone: 215.864.6865
          Attorneys for Defendants

Dated:  February 17, 2015

14975915v.1

## CERTIFICATE OF SERVICE

I, Primitivo J. Cruz, Esquire, hereby certify that I have caused the foregoing Notice of Change of Address on all counsel/parties via the Court's ECF/CM filing system, email and/or first-class mail as listed below on this 17th day of February, 2015:

Kimberly M. Donaldson Smith, Esquire
Chimcles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
(610) 642-8500
Facsimile: (610) 649-3633
*Attorneys for Plaintiffs*

Advanced Mining Technologies, Inc.
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801

Joshua Zipkin
Lyuben Karavelov No:82, 1st Flr.
Sofia, Bulgaria, 1404
+359 87 7550727
joshua.zipkin@gmail.com

      /s/Primitivo J. Cruz
      Primitivo J. Cruz

14975915v.1