Case 2:14-cv-01924-LDD   Document 42   Filed 03/13/14   Page 1 of 1

Joshua Zipkin
Advanced Mining Technologies Inc.
601 West Ave, PO Box #131
Jenkintown, PA, 19046
Telephone: (855) 866-6463

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG LENELL, *et al.*,

      Plaintiffs,

      v.

ADVANCED MINING TECHNOLOGY,
INC., et al.,

      Defendants.

CIVIL ACTION

No. 2:14-cv-01924



FILED
MAR 17 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER OF APPEARANCE OF NEW COUNSEL

Defendants respectfully request that the Court enter the proposed order submitted herewith extending the deadline for Defendants to secure new counsel, which was issued on February 12, 2015. *See* Docket Entry No. 39. Defendants respectfully request that this deadline be extended by 30 days (i.e., until April 10, 2015).

DATED:    March 13, 2015          Respectfully submitted:.

                                            By:    *Joshua Zipkin*
                                                  Advanced Mining Technologies Inc.
                                                  601 West Ave, PO Box #131
                                                  Jenkintown, PA, 19046
                                                  (610) 504-6813
                                                  Joshua.zipkin@gmail.com