IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, | : | No. 14-cv-01924 |
| INC., et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 16th day of March 2015, upon consideration of Defendants' informal request for an extension of the deadline by which they must secure counsel, it is hereby ORDERED that the request is GRANTED. Defendants' new counsel shall enter their appearance on or before April 10, 2015.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.