Case 2:14-cv-01924-LDD   Document 45   Filed 05/4/14   Page 1 of 1

Joshua Zipkin
Advanced Mining Technologies Inc.
601 West Ave, PO Box #2413
Jenkintown, PA, 19046
Telephone: (855) 866-6463

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG LENELL, *et al.*,                          :
                                                 :      CIVIL ACTION
            Plaintiffs,                          :
                                                 :      No. 2:14-cv-01924
            v.                                   :
:
:
ADVANCED MINING TECHNOLOGY,
INC., et al.,                                    :
      Defendants.                                :
_____         :

## NOTICE TO UPDATE CONTACT INFORMATION

Defendants respectfully apologize to the court for the error in the previously submitted local

contact address for the Defendants. Note the change of the PO Box number in address below, as

the previous PO Box number was incorrect.

> Advanced Mining Technologies Inc.
> 601 West Ave, PO Box #2413
> Jenkintown, PA, 19046
> (610) 504-6813

DATED:        May, 1st, 2015          Respectfully submitted:.

                                      By:    *Joshua Zipkin*
                                             Advanced Mining Technologies Inc.