IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, | : | No. 14-cv-01924 |
| INC., et al., | : | |
|     Defendants. | : | |

ORDER

AND NOW, this 29th day of June 2015, upon consideration of Defendant Joshua Zipkin's informal communication to the Court, it is hereby ORDERED as follows:

1. Defendant Zipkin is directed to provide the Court with a current physical address where Defendant Advanced Mining Technology receives mail.

2. This case is placed in suspense pending the entry of an appearance of counsel on behalf of Defendant Advanced Mining Technology. The Clerk of Court is directed to mark this action closed for statistical purposes and place the matter in the Civil Suspense File.

3. Defendant Zipkin shall update the Court of his efforts to secure counsel in 90 day intervals, commencing on September 29, 2015.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.