Joshua Zipkin
Advanced Mining Technologies, Inc.
601 West Ave, PO Box #2314
Jenkintown, PA, 19046
Telephone: (855) 866-6463

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG LENELL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED MINING TECHNOLOGY, INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 2:14-cv-01924 |

## RESPONSE TO THE COURT ORDER OF JUNE 29, 2015.

In accordance with This Court's order of June 29, 2015, Defendants submit the following response.

1. Correspondence to Advanced Mining Technology, Inc. may be sent to: 601 West Ave, PO Box #2314, Jenkintown, PA, 19046. A physical address of the company no longer exists because the company is no longer active or in a state of operation. The mailing address provided to the court was created solely for this case and has been verified as active. Defendants respectfully request that mail be sent without the need of a signature to ensure delivery.

1

      2. Defendants are still attempting to acquire counsel for both this case and insolvency filings. As of this date, no representation has been obtained. Defendants will provide further update on December 28, 2015.

                                    Respectfully submitted:.

DATED: September 29, 2015        By:    Joshua Zipkin
                                                         Advanced Mining Technologies, Inc.
                                                         601 West Ave, PO Box #2314
                                                         Jenkintown, PA, 19046

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LENELL, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ADVANCED MINING TECHNOLOGY, INC., et al., | : | No. 14-cv-01924 |
|     Defendants. | : | |

## ORDER

AND NOW, this 29th day of June 2015, upon consideration of Defendant Joshua Zipkin's informal communication to the Court, it is hereby ORDERED as follows:

1. Defendant Zipkin is directed to provide the Court with a current physical address where Defendant Advanced Mining Technology receives mail.

2. This case is placed in suspense pending the entry of an appearance of counsel on behalf of Defendant Advanced Mining Technology. The Clerk of Court is directed to mark this action closed for statistical purposes and place the matter in the Civil Suspense File.

3. Defendant Zipkin shall update the Court of his efforts to secure counsel in 90 day intervals, commencing on September 29, 2015.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.